**FILED**

TO: The CLERK, U.S. DISTRICT COURT.

E-filing

APR - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PLAINTIFF
[ I ] MR. Willie. J. Green # T-59866
CSP, LAC, P.O. Box 4430 Lancaster, CA 93539

CV 08         1901  JF (PR)

Plaintiff Claim I'm being Teated with Malicious and Reprisal by prison Official For exercising The First Amendment To Pursuant Litigation. Plaintiff has been classFiled as an DDPI with an Reading Problem, and understand what Plaintiff had Readed and this is one part of Plaintiff Disability. During 2006, Plaintiff Requested assistance For Responding To the Attorney General answer To Plaintiff Federal Petition For Habeas Corpus. Plaintiff Staff Assistant advised Plaintiff that no Traverse was needed. In Oct 2007 Plaintiff Petition was dismissed with prejudice citing no Traverse. On 4-2-08 Plaintiff now been Taken off DDPI, and Place in Administrative Segregation

Plaintiff imprisonment will greatly limit Plaintiff ability To litigate. The issues involved in this case are complex, and will require significant Research and investigation. Plaintiff has limited access To the law library and limited knowledge of the law. Also America with Disabilities Act, or the "ADA". The ADA can be Found ADA prevents discrimination against people

INVESTIGATION, PLAINTIFF HAS LIMITED ACCESS TO THE LAW library and limited knowledge of the law. Also America with Disabilities Act, or the "ADA". The ADA can be Found ADA prevents discrimination against people with disabilities, including prisoners. Plaintiff has attach the ADA Form to this document, pursuant to 28 USC. 1915[E][C][1] plaintiff move for an order appointing counsel to respresent this case. In support of this motion, plaintiff states.

I thank the court for your time.

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 1a. ADA |

**NOTE: THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| Willie J. Green | T-59888 | None | | A3 #6 Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/Institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

**DESCRIPTION OF DISABILITY:** DDP

**WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?** DPP 1 classification

**DESCRIBE THE PROBLEM:** During 2006, I requested assistance for responding to the Attorney General's answer to my Federal Petition for Habeas Corpus. My staff assistant advised me that no traverse was needed. In Oct 2007 my Petition was dismissed with prejudice citing no traverse

**WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?** Need notification to District Court that I am disabled, DDP inmate, That staff assistant erroneously advised me to not respond to State's answer to Order to Show Cause

Willie J. Green T-59888
**INMATE/PAROLEE'S SIGNATURE**

1-7-2008
**DATE SIGNED**

Mr. Willie J. Green # T-59886
C.S.P, Los Angeles County
Facility A2-Cell-113 up
P.O. Box 4430
Lancaster CA. 4430-93539

Office Of The Clerk U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco California 94102