1

2

3

4

5                                   NOT FOR CITATION

6                   IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    WILLIE JAMES GREEN,                    )        No. C 08-1901 JF (PR)
                                            )
10                    Plaintiff,            )        ORDER OF TRANSFER
                                            )
11       vs.                                )
                                            )
12   CALIFORNIA STATE PRISON                )
     LANCASTER,                             )
13                                          )
                      Defendant.            )
14   _____)

15

16          Plaintiff, a state prisoner proceeding pro se, filed a letter with the Court concerning

17   the conditions of his confinement at the Los Angeles County State Prison in Lancaster,

18   California.  Plaintiff claims that prison officials retaliated against him for exercising his

19   First Amendment rights.  Because the Defendant is located in Los Angeles County and

20   the acts complained of occurred in Los Angeles County, which lies within the venue of

21   the Central District of California, venue properly lies in that district and not in this one.

22   See 28 U.S.C. § 1391(b).

23          This case is therefore TRANSFERRED to the United States District Court for the

24   Central District of California.  See 28 U.S.C. § 1406(a).  The Clerk shall transfer the

25   entire file to the Central District of California.

26          IT IS SO ORDERED.

27   DATED: ___4/24/08_____              _____
                                               JEREMY FOGEL
28                                             United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.08\Green901trans              1