**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
www.cand.uscourts.gov

FILED
2008 MAY -9  P 3: 12
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 1, 2008

USDC, Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: CV 08-01901 JF   WILLIE J. GREEN-v-/

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☒ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

5/6/08
L Horn

CV08-02945   (AJW)