E-filing

FILED

MAY - 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9
10
11                    Plaintiff,          ) CASE NO: CV 08 _____ 1901
12          vs.                           )
                                          ) **PRISONER'S**
13                                        ) **APPLICATION TO PROCEED**
                                          ) **IN FORMA PAUPERIS**
14                    Defendant.          )
                                          )                                    **JF**
15

16    I, Willie Green , declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application **(PR)**

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22          In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes ____ No X

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____ Net: _____

27    Employer: _____

28    _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   *Never employed*

5   *SSI*

6

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.      Business, Profession or          Yes ___ No X

10              self employment

11      b.      Income from stocks, bonds,        Yes ___ No X

12              or royalties?

13      c.      Rent payments?                    Yes ___ No X

14      d.      Pensions, annuities, or           Yes ___ No X

15              life insurance payments?

16      e.      Federal or State welfare payments,  Yes ___ No X

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21

22

23  3.      Are you married?                      Yes X  No ___

24  Spouse's Full Name: *Gewn Green*

25  Spouse's Place of Employment: *Do not know*

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ *Unknown*      Net $

28  4.      a.      List amount you contribute to your spouse's support:$ *None*

1       b.    List the persons other than your spouse who are dependent upon you for

2              support and indicate how much you contribute toward their support.  (NOTE:

3              For minor children, list only their initials and ages.  DO NOT INCLUDE

4              THEIR NAMES.).

5       No one

6

7   5.    Do you own or are you buying a home?        Yes ____  No _X_

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.    Do you own an automobile?        Yes ____  No _X_

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $_____

12  Monthly Payment: $_____

13  7.    Do you have a bank account?  Yes ____ No _X_ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s):  $____0_____

17  Do you own any cash?  Yes ____ No _X_ Amount: $_____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ____ No _X_

20  _____

21  8.    What are your monthly expenses?

22  Rent: $ Prisoner _____ Utilities: Prisoner

23  Food: $ Prisoner _____ Clothing: Prisoner

24  Charge Accounts:

25  Name of Account        Monthly Payment        Total Owed on This Acct.

26  None        $_____        $_____

27  _____        $_____        $_____

28  _____        $_____        $_____

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

*NO*

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____  No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*None*

        I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

        I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*17 April 08*                      *William J. Green*

DATE                          SIGNATURE OF APPLICANT

1

2    Case Number: _CV-08190 1_

3

4

5

6

7

8                    **CERTIFICATE OF FUNDS**

9                              **IN**

10              **PRISONER'S ACCOUNT**

11

12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of _Willie Green_ for the last six months

                                [prisoner name]

14    _CSP - LAC_ where (s)he is confined.

         [name of institution]

15        I further certify that the average deposits each month to this prisoner's account for the

16    most recent 6-month period were $ _Ø_ and the average balance in the prisoner's

17    account each month for the most recent 6-month period was $ _Ø_ .

18

19    Dated: _4·22·08_                    _h.St.George  ACF_

                                          [Authorized officer of the institution]

20

21

22

23

24

25

26

27

28

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY *B. St. George ACII*
TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _B. St. George ACH_
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. STATE PRISON, LA COUNTY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU APR. 22, 2008

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _K.St.George ACII_
TRUST OFFICE

ACCOUNT NUMBER : T59888                    BED/CELL NUMBER: FAB200000000137L
ACCOUNT NAME   : GREEN, WILLIE JAMES        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 12/21/2007 | H107 | POSTAGE HOLD | 702969 | 3.10 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.10 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 3.10- |

1
2
3
4
5                    NOT FOR CITATION
6           IN THE UNITED STATES DISTRICT COURT
7        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   WILLIE JAMES GREEN,            )    No. C 08-1901 JF (PR)
                                   )
10                 Plaintiff,      )    ORDER OF TRANSFER
                                   )
11      vs.                        )
                                   )
12  CALIFORNIA STATE PRISON        )
    LANCASTER,                     )
13                                 )
                   Defendant.      )
14  _____)
15
16       Plaintiff, a state prisoner proceeding pro se, filed a letter with the Court concerning
17  the conditions of his confinement at the Los Angeles County State Prison in Lancaster,
18  California. Plaintiff claims that prison officials retaliated against him for exercising his
19  First Amendment rights. Because the Defendant is located in Los Angeles County and
20  the acts complained of occurred in Los Angeles County, which lies within the venue of
21  the Central District of California, venue properly lies in that district and not in this one.
22  See 28 U.S.C. § 1391(b).
23       This case is therefore TRANSFERRED to the United States District Court for the
24  Central District of California. See 28 U.S.C. § 1406(a). The Clerk shall transfer the
25  entire file to the Central District of California.
26       IT IS SO ORDERED.
27  DATED: 4/24/08
28                                      JEREMY FOGEL
                                        United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.08\Green901trans          1

```
MIME-Version:1.0
From:ECF-CAND@cand.uscourts.gov
To:efiling
Bcc:
Message-Id:<4343632@cand.uscourts.gov>
Subject:Activity in Case 5:08-cv-01901-JF Green v. California State Prison
Lancaster Order
Content-Type: text/html
```

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 4/28/2008 5:42 PM and filed on 4/28/2008
**Case Name:**     Green v. California State Prison Lancaster
**Case Number:**   5:08-cv-1901
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER OF TRANSFER. Signed by Judge Jeremy Fogel on 4/24/08. (dlm, COURT STAFF) (Filed on 4/28/2008)**

**5:08-cv-1901 Notice has been electronically mailed to:**

**5:08-cv-1901 Notice has been delivered by other means to:**

Willie James Green
T-59888

CA State Prison-Los Angeles County
PO Box 4430
Facility: A-2 Cell: 113
Lancaster, CA 93539

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\Temp\Green901trans.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/28/2008] [FileNumber=4343630-0]

[062b20760a4217463ca5f6de4db203ce81389eb799df9adc7d6f7338084b616790e2f
32a0c2c72dc8b0c57312201beace2587b50371361ff7180a96d959152bd]]

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _B. M. George ACT_
   TRUST OFFICE

1
2
3
4
5
6
7
8

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  WILLIE JAMES GREEN,                     )     No. C 08-1901 JF (PR)
                                           )
10                   Plaintiff,            )     ORDER OF TRANSFER
                                           )
11    vs.                                  )
                                           )
12  CALIFORNIA STATE PRISON                )
    LANCASTER,                             )
13                                         )
                     Defendant.            )
14                                         )
                                           )
15

16         Plaintiff, a state prisoner proceeding <u>pro se</u>, filed a letter with the Court concerning

17  the conditions of his confinement at the Los Angeles County State Prison in Lancaster,

18  California. Plaintiff claims that prison officials retaliated against him for exercising his

19  First Amendment rights. Because the Defendant is located in Los Angeles County and

20  the acts complained of occurred in Los Angeles County, which lies within the venue of

21  the Central District of California, venue properly lies in that district and not in this one.

22  <u>See</u> 28 U.S.C. § 1391(b).

23         This case is therefore TRANSFERRED to the United States District Court for the

24  Central District of California. <u>See</u> 28 U.S.C. § 1406(a). The Clerk shall transfer the

25  entire file to the Central District of California.

26         IT IS SO ORDERED.

27  DATED: __4/24/08__

28
                                        JEREMY FOGEL
                                        United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.08\Green901trans                    1

```
MIME-Version:1.0
From:ECF-CAND@cand.uscourts.gov
To:efiling
Bcc:
Message-Id:<4343632@cand.uscourts.gov>
Subject:Activity in Case 5:08-cv-01901-JF Green v. California State Prison
Lancaster Order
Content-Type: text/html
```

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court

Northern District of California

**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from entered on 4/28/2008 5:42 PM and filed on 4/28/2008
**Case Name:**        Green v. California State Prison Lancaster
**Case Number:**      5:08-cv-1901
**Filer:**
**Document Number:** 3

**Docket Text:**
ORDER OF TRANSFER. Signed by Judge Jeremy Fogel on 4/24/08. (dlm, COURT STAFF) (Filed on 4/28/2008)

5:08-cv-1901 Notice has been electronically mailed to:

5:08-cv-1901 Notice has been delivered by other means to:

Willie James Green
T-59888

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 17 Apr 08 | TRUST | Green | T-59888 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---|---|---|---|---|---|
| A2- | B7 | None | | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS    FROM        TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I need this informa Paupers completed by
May 5 2008. I have a dead lin,
I also do not have a counselor could
you forward this to CCI Solarzano

INTERVIEWED BY _____ DATE _____

Do NOT write below this line. If more space is required, write on back.

DISPOSITION

1

2

3

4

5                         NOT FOR CITATION

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    WILLIE JAMES GREEN,              )        No. C 08-1901 JF (PR)
                                      )
10                   Plaintiff,       )        ORDER OF TRANSFER
                                      )
11      vs.                           )
                                      )
12   CALIFORNIA STATE PRISON          )
     LANCASTER,                       )
13                                    )
                     Defendant.       )
14   ─────────────────────────────── )

15

16          Plaintiff, a state prisoner proceeding pro se, filed a letter with the Court concerning

17   the conditions of his confinement at the Los Angeles County State Prison in Lancaster,

18   California.  Plaintiff claims that prison officials retaliated against him for exercising his

19   First Amendment rights.  Because the Defendant is located in Los Angeles County and

20   the acts complained of occurred in Los Angeles County, which lies within the venue of

21   the Central District of California, venue properly lies in that district and not in this one.

22   See 28 U.S.C. § 1391(b).

23          This case is therefore TRANSFERRED to the United States District Court for the

24   Central District of California.  See 28 U.S.C. § 1406(a).  The Clerk shall transfer the

25   entire file to the Central District of California.

26          IT IS SO ORDERED.

27   DATED:  4/24/08

                                      JEREMY FOGEL
28                                    United States District Judge

Order of Transfer
P:\pro-se\sj.jf\cr.08\Green901trans                          1

MIME-Version:1.0
From:ECF-CAND@cand.uscourts.gov
To:efiling
Bcc:
Message-Id:<4343632@cand.uscourts.gov>
Subject:Activity in Case 5:08-cv-01901-JF Green v. California State Prison
Lancaster Order
Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

---

The following transaction was received from entered on 4/28/2008 5:42 PM and filed on 4/28/2008
**Case Name:**        Green v. California State Prison Lancaster
**Case Number:**     5:08-cv-1901
**Filer:**
**Document Number:** 3

**Docket Text:**
**ORDER OF TRANSFER. Signed by Judge Jeremy Fogel on 4/24/08. (dlm, COURT STAFF) (Filed on 4/28/2008)**

**5:08-cv-1901 Notice has been electronically mailed to:**

**5:08-cv-1901 Notice has been delivered by other means to:**

Willie James Green
T-59888

CA State Prison-Los Angeles County
PO Box 4430
Facility: A-2 Cell: 113
Lancaster, CA 93539

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\Temp\Green901trans.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/28/2008] [FileNumber=4343630-0]

[062b20760a4217463ca5f6de4db203ce81389eb799df9adc7d6f7338084b616790e2f
32a0c2c72dc8b0c57312201beace2587b50371361ff7180a96d959152bd]]

REPORT ID: TS3030
REPORT DATE: 04/22/08
PAGE NO:

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. STATE PRISON, LA COUNTY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU APR. 22, 2008

ACCOUNT NUMBER : T59888
ACCOUNT NAME   : GREEN, WILLIE JAMES
PRIVILEGE GROUP: A

BED/CELL NUMBER: FBB2000000173L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
| --- | --- | --- | --- | --- |
| 12/21/2007 | H07 | POSTAGE HOLD | 702969 | 3.10 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 0.00 | 0.00 | 0.00 | 3.10 | 0.00 |

CURRENT
AVAILABLE
BALANCE

3.10-

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY____ TRUST OFFICE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

E-filing

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

9
10
11          Plaintiff,        )   CASE NO. _____
12    vs.                      )   **PRISONER'S**
                               )   **APPLICATION TO PROCEED**
13                             )   **IN FORMA PAUPERIS**
14          Defendant.         )
15 _____ )

16    I, _Willie Green___, declare, under penalty of perjury that I am the

17 plaintiff in the above entitled case and that the information I offer throughout this application

18 is true and correct. I offer this application in support of my request to proceed without being

19 required to prepay the full amount of fees, costs or give security. I state that because of my

20 poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21 entitled to relief.

22       In support of this application, I provide the following information:

23    1.   Are you presently employed? Yes ____ No _X_

24 If your answer is "yes," state both your gross and net salary or wages per month, and give the

25 name and address of your employer:

26 Gross: _____ Net: _____

27 Employer: _____

28 _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _Never employed_____

5   _____SSI_____

6   _____

7   2.    Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or                    Yes ____ No _X_

10            self employment

11      b.    Income from stocks, bonds,                 Yes ____ No _X_

12            or royalties?

13      c.    Rent payments?                             Yes ____ No _X_

14      d.    Pensions, annuities, or                    Yes ____ No _X_

15            life insurance payments?

16      e.    Federal or State welfare payments,         Yes ____ No _X_

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                    Yes _X_ No ____

24  Spouse's Full Name: _Gewn Green_____

25  Spouse's Place of Employment: _Do not know_____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ _Unknown_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _None_____

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support. (NOTE:

3    For minor children, list only their initials and ages. DO NOT INCLUDE

4    THEIR NAMES.).

5    _____ No one _____

6    _____

7    5.    Do you own or are you buying a home?    Yes ___ No X

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?    Yes ___ No X

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account? Yes ____ No X (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____ 0 _____

17   Do you own any cash?  Yes ___ No X  Amount: $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ___ No X

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ Prisoner _____ Utilities: Prisoner

23   Food: $ Prisoner _____ Clothing: Prisoner

24   Charge Accounts:

25   Name of Account        Monthly Payment            Total Owed on This Acct.

26   None            $ _____        $ _____

27   _____        $ _____        $ _____

28   _____        $ _____        $ _____

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

*NO*

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ____  No *X*

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

*None*

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*17 April 08*                              *William J. Brown*

DATE                                          SIGNATURE OF APPLICANT

Case Number: _CV-08 1901_

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Willie Green_ for the last six months
[prisoner name]
_CSP-LAC_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___0___ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ___0___.

Dated: _4·22·08_                    _V.St.George  ACF_
[Authorized officer of the institution]

- 5 -

Willie J. Green #T-59888
Facility:A,9 cell-137 low
C.S.P. Los Angeles County
P.O. Box 4430
Lancaster, CA. 93534

5

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

State Prison
Generated Mail
A-2



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES