NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JAMES GREEN,<br><br>  Plaintiff,<br><br>vs.<br><br>CALIFORNIA STATE PRISON LANCASTER,<br><br>  Defendant. | No. C 08-1901 JF (PR)<br><br>ORDER ADDRESSING<br>PENDING MOTION<br><br><br><br><br>(Docket No. 6) |

The above titled action was transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1406(a) on April 28, 2008. Accordingly, the Court will defer to the Central District with respect to Plaintiff's motion to proceed in forma pauperis (Docket No. 6), filed on May 9, 2008.

The clerk shall terminate Docket No. 6.

IT IS SO ORDERED.

DATED: 5/27/08

JEREMY FOGEL
United States District Judge

Order Addressing Pending Motion
P:\PRO-SE\SJ.JF\CR.08\Green901.motion.wpd            1